CHAMBERS OF
STEPHANIE K. SEYMOUR
CIRCUIT JUDGE

TELEPHONE
(918) 699-4745
FAX
(918) 699-4746

May 17, 2004

Honorable Mary M. Lisi, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.  20544

**SELF INITIATED
AMENDMENT**

Re:  Financial Disclosure Report – Calendar Year 2002

Dear Judge Lisi:

In completing my Financial Disclosure Report for 2003, I discovered I inadvertently omitted an investment disposition.  AIM Value FD CLS held by Trust #2 and reported on line 67 of the report dated April 15, 2003, was disposed as follows:

| 1) Type | 2) Date | 3) Value |
|---------|---------|----------|
| Sell | 12/31/2002 | J |

There was no gain to report.

Please let me know if you have any questions.

Sincerely,

Stephanie K. Seymour

SKS:js

| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>SEYMOUR, STEPHANIE K | 2. Court or Organization<br><br>U.S. COURT OF APPEALS | 3. Date of Report<br><br>5/17/2004 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE--ACTIVE | 5. ReportType (check appropriate type)<br><br>◯ Nomination, Date<br><br>◯ Initial  ⦿ Annual  ◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>4-562 U.S. COURTHOUSE<br><br>333 WEST FOURTH<br><br>TULSA, OK  74103-3877 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.     (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Trustee | Trust #1 |
| 2. Trustee | Trust #2 |
| 3. Executive Board Member | Oklahoma City University School of Law, Oklahoma City, OK |

## II. AGREEMENTS.     (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

RECEIVED MAY 18  11 45 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|------|-----------------|------------------------------------|
| 1. | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year. please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|------|-----------------|
| 1. 2003 | self-employed - lawyer |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|--------|-------------|
| 1. | |
| 2. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K. | 5/17/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE. (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Bank of Okla. Money Market | B | Interest | M | T | | | | | |
| 2. Bank of Okla. Money Market | D | Interest | L | T | | | | | |
| 3. So. Hills Ctry. Clb. stock | | None | K | U | | | | | |
| 4. F&M Bank Money Market | A | Interest | L | T | | | | | |
| 5. Condo. Tulsa, OK (purchased 11/27/1995) | | None | M | R | | | | | |
| 6. IRA, Merrill Lynch, Tulsa | B | Dividend | M | T | | | | | |
| 7. -Merrill Lynch Cash Fund | | | | | | | | | |
| 8. -Abbott Labs | | | | | | | | | |
| 9. -Marsh & McLennan | | | | | Sell | 11/5 | K | D | |
| 10. -Phoenix Engemann Sm&Mid Cap | | | | | | | | | |
| 11. -Putnam Int'l Gr. | | | | | Sell | 11/5 | K | | |
| 12. Brokerage #1 | | | | | | | | | |
| 13. -M-L Cash Funds | B | Interest | M | T | | | | | |
| 14. -Del Monte Foods Co. | A | Dividend | J | T | | | | | |
| 15. -DuPont El De Nemous | A | Dividend | K | T | | | | | |
| 16. -General Electric | A | Dividend | K | T | | | | | |
| 17. -Heinz HJ Co. | A | Dividend | K | T | | | | | |
| 18. -SBC Communications (X) | A | Dividend | | | Sell | 12/20 | J | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K | 5/17/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Brokerage #2 | | | | | | | | | |
| 20. -Merrill Lynch Cash Fund | A | Int. & Div. | J | T | | | | | |
| 21. -BOK Fincl. Corp. New | | None | K | T | Buy | 1/15 | J | | |
| 22. | | | | | Buy | 1/16 | K | | |
| 23. -Hewlett Packard Co. Del. | A | Dividend | K | T | Buy | 6/5 | K | | |
| 24. -J P Morgan Chase & Co. | A | Dividend | K | T | Buy | 1/7 | K | | |
| 25. -Kellogg Co PV 25CT | A | Dividend | K | T | Buy | 6/5 | K | | |
| 26. -Merck & Co. | | None | K | T | Buy | 12/17 | K | | |
| 27. -Microsoft Corp. | A | Dividend | K | T | Buy | 6/5 | K | | |
| 28. -Pfizer Inc. Del | A | Dividend | K | T | Buy | 6/5 | K | | |
| 29. -Proctor Gamble | A | Dividend | K | T | Buy | 7/23 | K | | |
| 30. -Royal Dutch Pete. Eur. 56 | A | Dividend | L | T | | | | | |
| 31. -Sara Lee Corp. | A | Dividend | K | T | Buy | 6/5 | K | | |
| 32. -Starbucks Corp. | | None | K | T | Buy | 6/5 | K | | |
| 33. -Washington Mutual Inc. | | None | K | T | Buy | 12/17 | K | | |
| 34. -Whole Foods Mkt. Inc. | A | Dividend | K | T | Buy | 1/7 | K | | |
| 35. Brokerage #3 | | | | | | | | | |
| 36. -Merrill Lynch Cash Fund | A | Interest | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K | 5/17/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. -BOK Financial Corp. | | None | M | T | Buy | 1/16 | L | | |
| 38. | | | | | Donated | | | | |
| 39. | | | | | Donated | | | | |
| 40. Brokerage #4 | | | | | | | | | |
| 41. -Merrill Lynch Cash Fund | B | Interest | M | T | | | | | |
| 42. IRA, Merrill Lynch Capital Fund | A | Dividend | J | T | | | | | |
| 43. Keogh Plan, Merrill Lynch, Tulsa | D | Dividend | P1 | T | | | | | |
| 44. -Merrill Lynch Cash Fund | | | | | | | | | |
| 45. -BOK Financial Corp. | | | | | | | | | |
| 46. -Bristol-Myers Squibb | | | | | Buy | 6/3 | K | | |
| 47. -Caterpiller Inc. Del. | | | | | Sell | 7/1 | L | D | |
| 48. -Exxon Mobil Corp. | | | | | | | | | |
| 49. -General Electric | | | | | | | | | |
| 50. -General Mills | | | | | Sell | 7/1 | K | D | |
| 51. -General Motors | | | | | Buy | 12/12 | K | | |
| 52. -Home Depot | | | | | Sell | 5/14 | K | A | |
| 53. -Kellogg Co. PV 25ct | | | | | Buy | 6/3 | K | | |
| 54. -Leucadia | | | | | Buy | 11/12 | J | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes: Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K | 5/17/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. -Merck & Co. | | | | | Buy | 12/12 | K | | |
| 56. -Oneok Inc. | | | | | Buy | 6/3 | K | | |
| 57. -Oshkosh B Gosh | | | | | Sell | 6/3 | K | | |
| 58. -Pepsico | | | | | Sell | 7/1 | K | D | |
| 59. -Pfizer Inc. | | | | | | | | | |
| 60. -SBC Communications PVS1 | | | | | Buy | 6/3 | K | | |
| 61. -SW Airlines | | | | | Sell | 7/1 | K | D | |
| 62. -Union Planters Corp. | | | | | Buy | 6/3 | K | | |
| 63. -Wms. Cos. Del | | | | | Sell | 7/1 | J | | |
| 64. -Wms.Comm.Grp.SrRdmbleNtes | | | | | | | | | |
| 65. -Wiltel Commntns. Inc. | | | | | | | | | |
| 66. Trust #1 (trustee & part beneficiary) | A | Int. & Div. | | | Distributed | 5/30 | K | | Trust Beneficiaries |
| 67. -F&M Bank, Tulsa, OK-Account | | | | | Closed | 2/4 | | | |
| 68. -Merrill Lynch Cash Fund | | | | | Distributed | 5/30 | | | |
| 69. -SBC Communications | | | | | Distributed | 5/30 | | | |
| 70. -Spartan US Gov't MM | | | | | Sell | 5/19 | J | | |
| 71. Trust #2 | D | Int. & Div. | M | T | | | | | |
| 72. -Cash Fund | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SEYMOUR, STEPHANIE K | 5/17/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. -BOK Finel. Corp. New | | | | | | | | | |
| 74. -Gen. Elect. Cap Corp. Bonds | | | | | | | | | |
| 75. -Gen. Elec. Cap. Corp. Notes | | | | | | | | | |
| 76. -Gold Corp. Inc. | | | | | | | | | |
| 77. -I AM Gold Corp. | | | | | | | | | |
| 78. -Wal-Mart Normal Bonds | | | | | | | | | |
| 79. -Phoenix Hollister Small | | | | | | | | | |
| 80. -Procter & Gamble Notes | | | | | | | | | |
| 81. -SBC Communications (X) | | | | | Sell | 12/17 | | | |
| 82. -Viacom Inc. Sr. Retail Deb. | | | | | | | | | |

| 1. Income/Gain Codes. (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Report for period 1/1/2002 through 12/31/2002 dated 4/15/2003 -- Line 67. AIM Value FD CLC was sold 12/31/2002 and the disclosure of the sale was inadvertently omitted from the report.  The report for year 2002 has been amended by letter dated May 17, 2004.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _May 17, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544